United States Bankruptcy Court



**TUCSON DIVISION**
James A Walsh Courthouse
38 S. Scott Avenue
Tucson, AZ 85701
520-202-7500

District of Arizona

*PHOENIX HEADQUARTERS*
230 N. First Avenue, Suite 101
Phoenix AZ 85003-1706
602-682-4000

**YUMA DIVISION**
325 W. 19th St., Ste. D
Yuma, AZ 85364
928-783-2288

FILED AUG 25 2015


UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF ARIZONA

## CREDITOR CHANGE OF ADDRESS

Case No.: 10-23909        Chapter: 13

Case Name: ROBIN ALKIRE

**Creditor Name:** MIDLAND CREDIT MANAGEMENT INC.

**NEW Mailing Address:**
2365 NORTHSIDE DR
Street Address/P.O. Box Number
SUITE 300
Suite/Apartment Number
SAN DIEGO      CA   92108
City           State   Zip Code

**OLD Mailing Address:**
8875 AERO DR
Street Address/P.O. Box Number
SUITE 200
Suite/Apartment Number
SAN DIEGO      CA   92123
City           State   Zip Code

**Creditor Signature:** _____ 8/19/15
                                    Date

JOE RAYMOND